I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 11.20.12

DEPUTY CLERK

JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 21 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND E. PEYTON, </br></br>  Petitioner, </br></br> vs. </br></br> CALIFORNIA SUPREME COURT, </br></br>  Respondent. | Case No. EDCV 12-1941-RGK (JPR) </br></br> **J U D G M E N T** |

Pursuant to the Order Denying Petition for Writ of Mandamus and Dismissing Action,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: November 20, 2012

_____
R. GARY KLAUSNER
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 21 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY