I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 11.20.12

DEPUTY CLERK

JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 21 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND E. PEYTON,<br><br>    Petitioner,<br><br>vs.<br><br>CALIFORNIA SUPREME COURT,<br><br>    Respondent. | Case No. EDCV 12-1941-RGK (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Denying Petition for Writ of Mandamus and Dismissing Action,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: November 20, 2012

_Gary Klausner_
R. GARY KLAUSNER
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 21 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY